DAYLE ELIESON,
United States Attorney
S.B.N. 00790639

PATRICK SNYDER CSBN 260690
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8927
Facsimile: (415) 744-0134
Patrick.Snyder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN G. RYCROFT, ) | |
| ) | Case No. 2:19-cv-00225-JCM-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | UNOPPOSED MOTION FOR EXTENSION |
| ) | TO FILE ANSWER AND PROPOSED |
| NANCY A. BERRYHILL, ) | ORDER (FIRST REQUEST) |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on April 22, 2019, by 30 days, through and including May 22, 2019.

    An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

-1-

This is Defendant's first request for extension. Respectfully submitted April 18, 2019.

DATED: April 18, 2019

        */s/ Cyrus Safa*
        CYRUS SAFA
        (as authorized via e-mail on April 18, 2019)
        Attorneys for Plaintiff

        DAYLIE ELISON
        United States Attorney

DATED: April 18, 2019    By   */s/ Patrick Snyder*
        PATRICK WILLIAM SNYDER
        Special Assistant United States Attorney

        Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 23, 2019

**CERTIFICATE OF SERVICE**

I, Patrick W. Snyder, certify that the following individuals were served with a copy of the Stipulation for an Extension on the date and via the method of service identified below:

CM/ECF:

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Dated this 18th day of April 2019.

                                             */s/ Patrick W. Snyder*
                                             PATRICK W. SNYDER
                                             Special Assistant United States Attorney